UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No. 3:24-cr-00054-MCR

PAUL J FREEMAN

## WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          **PAUL J FREEMAN**
                                                    Name

and bring him forthwith to the nearest magistrate to answer a

## SEALED Indictment

charging him or her with:

Counts 1-9:  TRANSMITTING/DELIVERING & RETAINING NATIONAL DEFENSE INFORMATION

in violation of Title 18 United States Code, Section 793(e)

| Jessica J. Lyublanovits | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Barbara Rogers  Deputy Clerk: Barbara Rogers | June 25, 2024   PENSACOLA  Date   Location |

Bail fixed at      $ Bail Reform Act
And/or in accordance with Comprehensive
Crime Control Act of 1984

by   Hope T. Cannon
     Name of Judicial Officer

**RETURN**
This warrant was received and executed with the arrest of the above-named defendant at :   Niceville, Florida

| DATE RECEIVED 6-26-24 | NAME AND TITLE OF ARRESTING OFFICER Michael Linzu   FBI Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 06/27/24 | | |

AO 442 (Rev. 10/16) Warrant for Arrest

FILED USDC FLND PN
JUN 27 '24 PM 2:05