UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No. 3:24-cr-54/MCR      Date: June 27, 2024
Time: 2:30 p.m. – 2:47 p.m.

DOCKET ENTRY: INITIAL APPEARANCE and ARRAIGNMENT ON INDICTMENT

**PRESENT**:
| | |
|---|---|
| Honorable **Hope Thai Cannon**, | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| David Goldberg | Asst. U. S. Attorney |
| Barry Beroset, | Defense Attorney |
| None, | Interpreter |
| Rebecca Lee, | Probation Officer |

**Name of Defendant:**   **PAUL J. FREEMAN**,
☒ Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒  Defendant advised that Defendant is before a United States Magistrate Judge.

☒  Defendant advised of charges, penalties and fines.

☒  Defendant advised not to make any statement before consulting an attorney.

☒  Defendant advised of right to hire counsel or have counsel appointed.

☐  Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☐  Defendant appointed the services of the Federal Public Defender.
     (see separate order)

☐  Defendant declined to complete CJA Form 23.

☐  Defendant advised Defendant will hire private counsel.

☒  Defendant advised of right to reasonable bail.

☒  Government moves for detention.

☐  Defendant **WAIVED** the detention hearing and reserved the right to re-open the hearing at a later date if something changes.

☒  Detention hearing set for Monday, July 1, 2024 at 1:00 p.m. before U.S. Magistrate Judge Zachary C. Bolitho.  Hearing set by separate order and Defendant will be temporarily detained.

3:24-cr-54/MCR

☐  Defendant released on conditions.

☒  As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒  Defendant arraigned for trial
       ☒  Defendant waived formal reading of the indictment.
       ☒  Defendant entered a plea of NOT GUILTY on all counts.
       ☒  Jury trial date:  August 5, 2024 before U.S. District Judge M. Casey Rodgers, U.S. Courthouse, Pensacola

**NOTES**:

- A status conference as to the retention of counsel is scheduled for July 12, 2024 at 10:00 a.m. before U.S. Magistrate Judge Hope Cannon.

- Government moves to unseal the case.  Motion is granted.  Clerk to unseal case.

_____
Filed in Court
June 27, 2024
CRD:  kli


3:24-cr-54/MCR