UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-54/MCR

PAUL J. FREEMAN
_____/

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the government, it is **ORDERED** that a detention hearing is set for **July 1, 2024 at 1:00 p.m.** before United States Magistrate Judge Zachary C. Bolitho in the **Third Floor South Courtroom** at the United States Courthouse, 1 N. Palafox Street, Pensacola, Florida.[1]  Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing on the above designated date and time.

Date:  June 27, 2024

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* 18 U.S.C. § 3142.